IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | CASE NO. 8:15CV295 |
| --- | --- | --- |
| *ex rel.* ROBERT BRIAN THOMAS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXANDER OPEN SYSTEMS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In consideration of the Notice of Voluntary Dismissal filed by Plaintiff-Relator (Filing No. 11), and the United States' Consent to Voluntary Dismissal (Filing No. 12), and good cause having been shown, the Court rules as follows:

IT IS ORDERED that:

1. the Complaint be, and hereby is, dismissed with prejudice to Relator, and without prejudice to the United States;

2. the Complaint be unsealed;

3. all other contents of the Court's file in this action remain under seal and not be made public, except for the Complaint (Filing No. 1), Relator's Notice of Voluntary Dismissal (Filing No. 11), the United States' Consent to Voluntary Dismissal (Filing No. 12), and this Order (Filing No. 13); and

4. the seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated this 23rd day of March, 2016.

                                           s/ Joseph F. Bataillon
                                           Senior United States District Judge